HAZEL ZEE, Respondent, v. W. I. ADDIS COMPANY, INCORPORATED, Appellant. — Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $5,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is affirmed, without costs of this appeal to either party. All concur. (The judgment is for damages for personal injuries sustained in a beauty parlor.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of Awarding Letters of Administration upon the Estate of ERNEST L. HEITMAN, Deceased.— Decree affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal and the granting of letters of administration to the appellant. (The decree denies an application for letters of administration and directs their issuance to two sisters of decedent.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ. [154 Misc. 838.]

MARY SEWILO, Appellant, v. ALFRED LAZARUS, JOSEPH SEWILO, Respondents, and LEO NOWAK, Defendant.— Judgments reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: The record discloses no evidence from which the jury could find that at the time of the accident the defendant Nowak was an employee of the plaintiff. On the contrary, the evidence is that Nowak was then acting as an employee and agent of the defendant Sewilo who thereby became legally responsible for personal injuries caused by negligent acts, if any, of such agent. There is also proof from which the jury might find negligence by the defendants Lazarus and Nowak which was the proximate cause of plaintiff's alleged injuries. All concur. (The judgments dismissed the complaint as to two defendants in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

AMMON J. McNEIL, Respondent, v. HENRY SCHERMERHORN and HAROLD HERRICK, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for damages for personal injuries in an alleged assault.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

IDA CARVER, Respondent, v. HOWARD WILDE and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

CLAUDE A. WOOLSON, Appellant, v. EASTON M. WAITE, Respondent.— Order affirmed, with costs. All concur. (The order grants a new trial in an action based upon alleged fraud in the sale of trucks.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ. [158 Misc. 764.]

In the Matter of the Application of MARSHALL NESS, Appellant, for an Order of Mandamus against PIUS L. SCHWERT, Clerk of Erie County, New York, and FRANK ENGLER, Respondents.— Order affirmed, with costs. All concur. (The order denies motion for a peremptory mandamus in a proceeding to compel reinstatement.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.